UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62340-CIV-SINGHAL

DAPHNE EDWARDS,

    Plaintiff,

vs.

FISERV, INC., a foreign corporation,

    Defendant.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on December 13, 2022, and to date, there is no indication in the court file that Defendant has been served with the summons and Complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **March 28, 2023**, Plaintiff shall perfect service upon the Defendants or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by March 28, 2023, will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of March 2023.

                                              _____
                                              RAAG SINGHAL
                                              UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF