UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62340-CIV-SINGHAL

DAPHNE EDWARDS,

    Plaintiff,

vs.

FISERV, INC., a foreign corporation,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On March 24, 2023, this Court issued an Order requiring Plaintiff to effectuate service upon Defendant or show cause as to why this action should not be dismissed (DE [9]). The Order stated that this Court would dismiss the instant action without prejudice upon Plaintiff's failure to file proof of service by March 28, 2023. To date, Plaintiff has not filed proof of service or requested an extension to effectuate service. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of April 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF